**PARIS ACKERMAN & SCHMIERER LLP**
Joanne M.F. Wilcomes, Esq.
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-4909
joanne@paslawfirm.com
*Attorneys for Defendant*
*Dunkin' Donuts Store #345768*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS ESTLER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DUNKIN BRANDS, INC., et al.,<br><br>    Defendant. | Case No.: 16-CV-932-(LGS) |

**DEFENDANT DUNKIN' DONUTS STORE #345768'S**
**JOINDER IN MOTIONS TO DISMISS**

  Defendant Dunkin Donuts Store #345768, through its undersigned counsel, respectfully files this Joinder in the Motions to Dismiss filed by Defendants Dunkin' Brands, Inc. (Dkt. #31), and Defendants Dunkin' Donuts Store #350125, Dunkin' Donuts Store #350126, and Dunkin' Donuts Store #350127 (Dkt. # 41).  In the interest of brevity and judicial economy, Defendant Dunkin Donuts Store #345768 hereby joins in the Motions to Dismiss, as well as their supporting documents.

Dated:  May 12, 2016      PARIS ACKERMAN & SCHMIERER LLP

            By: *s/Joanne M.F. Wilcomes*_____
              Joanne M.F. Wilcomes, Esq. (JW8037)
              103 Eisenhower Parkway
              Roseland, NJ 07068
              (T): (973) 228-4909
              (F): (973) 629-1246
              joanne@paslawfirm.com